IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 SEP -9  PM 3: 23

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
Truth1235@yahoo.com, THAT ARE STORED AT
PREMISES CONTROLLED BY YAHOO! INC.

Case No. _2:15-mj-137_        CLERK

BY_____ +BC

DEPUTY CLERK

**Filed Under Seal**

## MOTION TO SEAL DOCUMENTS

On September 9, 2015, the Government applied for a warrant to search e-mail accounts, specifically Truth1235@yahoo.com, described with particularity in Attachment A.

The Government moves this Court to seal this motion, the docket sheet, the Application and Affidavit for the above Search Warrant, and the Search Warrant for a period of sixty (60) days from the date of the Court's granting of the search warrant (and permitting unsealing insofar as needed to effectuate service of the search warrant).  The government's Application for a Search Warrant seeks information from e-mail accounts associated with Alison Ling.  The Affidavit in support of the search warrant application contains information about the activities of Alison Ling, and possibly Ling's co-conspirators, who appears to have been involved in the theft of at least one individual's identity, the apparent acquisition of a new identity using unlawfully obtained personal information, and the attempted filing of a fraudulent passport application using the unlawfully obtained personal information.  Ling and her potential co-conspirators are not charged at present.  Therefore, unsealing would seriously jeopardize the ongoing investigation into Ling and potential co-conspirators, including by causing Ling and/or others to alter patterns of behavior, notify confederates of the government's investigation, or possibly destroy evidence of the fraudulent activity under investigation.  Consequently, the government requests that the Court seal this motion, the docket sheet, the Application and Affidavit for the Search Warrant, and the Search Warrant for a period of sixty (60) days from the date of the Court's granting of

the search warrant (and permitting unsealing insofar as needed to effectuate service of the search warrant).

Dated at Burlington, in the District of Vermont, this 9th day of September, 2015.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By:     *Kevin J. Doyle*

KEVIN J. DOYLE
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 9516725