UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:16-cr-84-1 |
| ) | |
| ALISON Gu, a/k/a "Alison Ling," "Ally Koo," ) | |
| "Ai J. Chen," "Ai Jen Chen," "Ai Chen," ) | |
| "Jing Shao," "Yijing Gu," "Yijing Lin," ) | |
| "Alison Yi Gu," ) | |
| | |
| Defendant. | |

### NOTICE OF INDICTMENT

Notice is hereby given that the United States of America on June 16, 2016, filed an Indictment naming property known as 6 Old Snow Valley Road, Winhall, Vermont, more fully described by Warranty Deed of Patricia Ann Small to Lexicon Limited Company LLC, dated May 20, 2015, and recorded in Book 205 at Page 273-274 on June 1, 2015, of the Town of Winhall land records, as property subject to forfeiture to the United States pursuant to 18 U.S.C. § 982(a)(2).

Dated at Burlington, in the District of Vermont, this 23rd day of June, 2016.

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

*/s/ KEVIN J. DOYLE*
KEVIN J. DOYLE
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725