UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:16-cr-84-1 |
| ) | |
| ALISON Gu, a/k/a "Alison Ling," "Ally Koo," ) | |
| "Ai J. Chen," "Ai Jen Chen," "Ai Chen," ) | |
| "Jing Shao," "Yijing Gu," "Yijing Lin," ) | |
| "Alison Yi Gu," ) | |
| Defendant. | |

## NOTICE OF INDICTMENT

Notice is hereby given that the United States of America on June 16, 2016, filed an Indictment naming property known as 389 Read Farm Lane, East Dorset, Vermont, more fully described by Vermont Special Limited Warranty Deed of U.S. Bank National Association to Ai J Chen, dated September 23, 2015, and recorded in Book 178 at Page 276-280, on September 30, 2015, of the Town of Dorset land records, as property subject to forfeiture to the United States pursuant to 18 U.S.C. § 982(a)(2).

Dated at Burlington, in the District of Vermont, this 24th day of June, 2016.

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

*/s/ KEVIN J. DOYLE*
KEVIN J. DOYLE
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725