UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-cr-84-1 |
| | ) | |
| ALISON Gu, a/k/a "Alison Ling," "Ally Koo," | ) | |
| "Ai J. Chen," "Ai Jen Chen," "Ai Chen," | ) | |
| "Jing Shao," "Yijing Gu," "Yijing Lin," | ) | |
| "Alison Yi Gu, and Matthew Abel" | ) | |
| | ) | |
| Defendants | ) | |

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on July 19, 2016, and is now pending in the United States District Court for the District of Vermont between the parties named in the above- referenced action.

The United States of America is seeking to forfeit certain real property located at 7 Edith Place, Cheshire, Connecticut, being the same premises conveyed to AiJen Chen and Jing Shao on February 23, 2015, and recorded on February 26, 2015, in Cheshire Town Records in Book 2681, Page 1 and 2, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> All that certain piece or parcel of land, with all the improvements thereon, situated in the Town of Cheshire, County of New Haven and State of Connecticut, known as #7 Edith Place, designated as Lot No. 16 on a map entitled, "Subdivision Map Prinz Property Subdivision Yalesville Rd. (Route 68) & South Meriden Rd. (Route 70) Cheshire, Connecticut" Scale 1" = 40' Date February 20, 20006; Revised: February 23, 2006, April 3, 2006, May 1, 2006, May 31, 2006 and July 7, 2006, prepared by Milone & MacBroom, 99 Realty Drive, Cheshire, Connecticut, which map is on file in the Cheshire Land Records as Maps No. 4012, 4013, 4014 and 4015, to which reference may be had for a more particular description of the premises.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. § 982(a)(2). Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, District of Vermont, 11 Elmwood Avenue, 5th Floor, Burlington, Vermont.

Dated at Burlington, in the District of Vermont, July 22, 2016.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    ERIC S. MILLER
    United States Attorney

    */s/ KEVIN J. DOYLE*
    KEVIN J. DOYLE
    Assistant U.S. Attorney
    P.O. Box 570
    Burlington, VT 05402-0570
    (802) 951-6725