# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2016 JUL 25 PM 1:34
CLERK
BY _____
DEPUTY CLERK

RECEIVED
JUL 19 PM 4:55
U.S. MARSHALS SERVICE
DISTRICT OF VERMONT

| | |
|---|---|
| United States of America<br>v.<br>ALISON GU, a/k/a "Alison Ling," "Ally Koo,"<br>"Ai J. Chen," "Ai Jen Chen," "Ai Chen,"<br>"Jing Shao," "Yijing Gu," "Yijing Lin,"<br>"Alison Yi Gu," and MATTHEW ABEL,<br>*Defendant* | Case No. 2:16-cr-84-2 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Matthew Abel,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1344(1) & 2        Bank Fraud


Date:  07/19/2016

_____
*Issuing officer's signature*

City and state:  Burlington, Vermont

Christina Reiss, Chief Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/19/16, and the person was arrested on *(date)* 7/22/16
at *(city and state)* BURLINGTON VT.

Date: 7/22/16

_____
*Arresting officer's signature*

ISHIN SOUSA
*Printed name and title*