UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,      )
      Plaintiff,      )
      v.      )
      )    Case No. 2:16-CR-000084-1
ALISON GU,      )
      Defendant      )

## MOTION TO JOIN IN THE CO-DEFENDANT'S RESPONSE TO THE MOTION FOR ENDORSEMENT OF LIS PENDENS

Defendant, Alison Gu, joins in the Response to the Motion for Endorsement of Lis

Pendens which was filed on August 26, 2016, by co-defendant Matthew Abel.

Dated:    August 26, 2015

MICHAEL L. DESAUTELS
FEDERAL PUBLIC DEFENDER

By:   /s/ *David L. McColgin*

David L. McColgin
Assistant Federal Public Defender
Office of the Federal Public Defender
126 College Street, Suite 410
Burlington, VT 05401
802-862-6990
Counsel for Alison Gu

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,           )
      Plaintiff,                                )
           v.                                    )
                               )           Case No. 2:16-CR-000084-1
ALISON GU,                                   )
      Defendant                           )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of August, 2016, I electronically filed a **Motion to Join Co-Defendant's Response to the Motion for Endorsement of Lis Pendens** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following: Kevin Doyle, Assistant United States Attorney, United States Attorney's Office via kevin.doyle@usdoj.gov.

MICHAEL L. DESAUTELS
FEDERAL PUBLIC DEFENDER

By:   /s/ *Samantha M. Barrett*

SAMANTHA M. BARRETT
Legal Assistant
Office of the Federal Public Defender
126 College St., Ste. 410
Burlington, VT 05401