UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 DEC 16 PM 4: 21

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 2:16-cr-84 |
| ) | |
| MATTHEW ABEL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on Matthew Abel's Second Unopposed Motion to Extend Motions Deadline and Exclude Time under the Speedy Trial Act. The government does not oppose this request. For the reasons stated below, the motion is GRANTED.

On July 22, 2016, Craig S. Nolan, Esq. entered his appearance as counsel for Mr. Abel. On November 10, 2016 and November 28, 2016, the government produced ten disks containing approximately 20,000 files consisting of emails and computer forensic evidence. As of December 1, 2016, defense counsel was able to access the contents of all discovery disks produced by the government. The defense is presently reviewing those materials.

Defense counsel had a four-day trial beginning December 8, 2016, will be out of the country December 17, 2016 through January 7, 2017, and has a three-week trial beginning January 13, 2017.

Defense counsel has explained the Speedy Trial Act to Mr. Abel, who recognizes that additional time granted will be excluded from computation under the Speedy Trial Act.

The Court finds that the ends of justice served by granting the requested extension outweigh the best interest of the public and the defendant in a speedy trial in that denial of the extension requested by Mr. Abel would deprive him of the opportunity to review all the evidence

produced by the government and to make an informed and intelligent decision with regard to his options.  18 U.S.C. § 3161(h)(7)(A).

Accordingly, the motion is GRANTED and it is FURTHER ORDERED that the period of delay between the signing of this Order and February 24, 2017, shall be excluded from the time in which the trial in this matter must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 15th day of December, 2016.

Christina Reiss, Chief Judge
United States District Court