# *REVISED*

## NOTICE OF HEARING

---

### UNITED STATES DISTRICT COURT
#### FOR THE
#### DISTRICT OF VERMONT

United States of America

    v.                                        Case No. 2:16-cr-84

Alison Gu

TAKE NOTICE that the above-entitled case has been rescheduled to 11:00 a.m. on Friday, March 10, 2017, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for a Bond Hearing to review Conditions of Release pursuant to 18 U.S.C. § 3142(c)(3).

| | |
|---|---|
| Location: Courtroom 440 | Jeffrey S. Eaton, Clerk |
| Date of Notice: 3/2/2017 | By: */s/ H. Beth Cota* |
| | Deputy Clerk |

*Previously Scheduled: 3/9/2017 at 11:00 a.m.*

TO:

Michael P. Drescher, AUSA

David L. McColgin, AFPD