# TIMELINE

### 1998
- Graduated from St. John's University, Bachelor of Science
- Married to Allen (I-Lung) Lin

### 1999
- First son Philip born
- Abuses started

### 2001-2003
- Sean and Rachel were born

### 2006-2008
- Rachel abducted by a couple (Shi and Fu) for money owed to them by Allen. Reported to NY PD 107th Precinct in Flushing. Nothing was done

### 2008-2009
- Allen pushed me off stairs in Broadway Chinese Seafood restaurant in Elmhurst NY. Called 911, went to Elmhurst Hospital and North Shore Hospital Emergency rooms. Had over 20 stitches done by a plastic surgeon in Great Neck NY. (Witnesses: Mr Ma, owner of restaurant, Peter Lau, Winnie Chen)
- Purchased restaurant property in Ridgefield, one land in Wilton, another land in Danbury thru recommendation by realtor Ripee Saunee Coldwell Banker in Ridgefield CT. Started renovation of restaurant, building townhouses on Danbury land

### 2009-2010
- Met Jenny (Indonesia Nanny) in Flushing NY. She started to work for me as live in nanny/housekeeper
- Opened NYC restaurant in village, hired Yuki as manager
- Caught Allen and his waitress May making bets in Borgata casino in Atlantic City using my ID to reserve hotel room and open VIP account

### 2010-2011
- Filed personal and biz bankruptcy (Ridgefield restaurant). Restaurant creditors including Allen's mom, brother, long time family friend Mr Lin (BL Trading), George Erbe (Allen's family restaurant ex patron), Bi Yun Li (Allen's ex-employee waitress, affair w/Allen), Jenny, all without my knowledge. My family also invested over $100K. For my personal credit, I discovered at least 3-5 credit cards were opened w/o my knowledge by Allen. I had to let the bank foreclose on the Wilton land since it was 200% over the market value when Ripee Saunee convinced Allen and I to purchase.

- Allen and our friend Peter's ex wife Winnie got secretly married. They went to Bay Ridge Toyota, Allen used Peter's ID and credit financed a new minivan. When Peter found out and was prepared to report it to police, Winnie threatened him by kidnapped their kids. (Witnesses: Peter, Annie Lau (peter's daughter), Bay Ridge sales person)
- In November 2010, Winnie attacked me while trying to abduct my daughter Rachel. I got injured while defending my daughter, went to North Shore Hospital emergency room (police report, court report available). Winnie was arrested charged with assault, harassment and endangerment of a child. Allen coerced me to drop the charges later with violence.
- Met Jackie Chan, attorney in Danbury, help fought contractor liens placed by subcontractors that were not paid by GC James Casali. Casali abandoned the townhouse project in 2010 after got paid over $200K in draw but never completed works.

## 2012-2013

- Yuki convinced me to transfer my NYC restaurant ownership to her BF Teh Eng Loon to prevent Allen using it for borrowing money. I requested change of lease name with the landlord Buckbinder & Warren in NYC. They approved the change.
- Yuki introduced a foreign buyer Chinese national Li Da Han to purchase my townhouses in Danbury. She convinced me to add her name onto the townhouses LLCs as owners so Allen would interfere (he claimed his family had investment interests in the project), also for making the transaction more appealing to Mr Han due to their connections. She started to work as my personal assistant taking care of both my restaurant and properties transactions, also worked as part time live-in sitter to take care of my kids when Jenny travelled.
- Mr. Han brought the townhouses but was upset that I refused to provide him with fraudulent documents (tax returns, property records) for him to resale. He had mentioned he's job was to create paperwork for businesses to borrow money. He had also make numerous sexual advances towards me during the negotiation of the sales. After the sale gone through I changed my phone number and moved away in light of his constant harassments. I discovered Yuki was stealing money from NYC restaurant (over 30K missing in 2 yrs), hired illegal workers as waiters to sell customer credit card numbers. Jenny told me she saw Yuki, Allen and Mr. Han having lunch in Flushing. Eddie (my sushi chef) told me Yuki was also sleeping with Allen. Yuki started to harass me for paying her commission for the sale of townhouses, threaten to report me for selling them to a corrupt Chinese national. After I changed my phone number I lost contact with her.
- In 2012, Allen conspired with a restaurant patron named Brian Scanlon to tricked me and Jenny into investing in penny stocks. Brian told Jenny to open stock acct at Charles Schwab, instructed me to buy and sell numerous penny stocks that he claimed he had inside news on because he knew the CEOs. During about the year time I've invested over 100K but made only $1700. After a sales friend of mine Damon showed me an online article about Scanlon being convicted of security fraud with his ex-partner and firm, I confronted him. Brian promised to obtain stock certificates from the penny stock companies to reimburse me for the loss, but the certificate was issued to Jenny's name. One day without my knowledge, Allen scammed Jenny into meeting him in Flushing bank to signed over the stock certificate to his own name. The amount of the certificate was about $30K. Jenny realized the scam after discussed it with me.

- Discovered Allen had been secretly married to Winnie and had a baby together. For two years he was living a double life, spending weekdays working in our restaurant as manager and living with me and kids. Money kept missing from restaurant sales. I had to continue to pay off people that he owed gambling debts to. One time over 20k in cash which Jenny had to help count.
- To prevent me from reporting this scam to the police, Brian offered to help me with investigation into Allen's finance. He said he had obtained legal court document with the help of his lawyer friend, told me to make copies and mail them to Allen's banks. I started a child support litigation against him in NYC family court, so I was in urgent need to prove he was stealing, and working under the books. I mailed them as instructed w/o knowledge that they were not real.
- In February 2013 I was stopped and brought into Danbury PD where I met two detectives from Suffolk County. They claimed they were investigating Allen and Brian's involvement into illegal stock trading, and asked me questions about the court orders. During the 4+ hours interrogation I was coerced to sign a statement in order to be allowed to leave to pick up my daughter from school. I was also promised not to be in any legal trouble if I sign the statement, it was merely to help them investigate Allen.
- In July 2013 Matt got injured while playing lacrosse men's league. He had to take a leave of absence from work at Hobsons Assoc. in Cheshire for the next 6 months.
- In August 2013, Matt and I moved in together to a house we purchased in Cheshire CT at 7 Edith Pl.. We registered the house under LLC name Ramps Unlimited, and assigned Matt as the agent, for the purpose of maintaining my anonymity to protect my family from harassment from Allen, Mr Han and Yuki.
- I contacted Jenny in fall of 2013 asked her if she wanted to purchase the Cheshire house from us because Matt had no steady income to support it. Jenny referred me to speak with a couple named Chens, saying they were into immigration and real estate works in Asian community so they could help me find buyers.
- In October 2013 Mr Han filed complain with Danbury PD Detective Roger Brooks, claiming he overpaid $130K when purchasing the townhouses.

## 2014-2015

- Suffolk police contacted me to inform me about charges, and asked me to obtain legal counsel and arrange surrender. I obtained Alan Nelson of Nassau county to represent me.
- Connected to Mr Chen over QQ app, he referred me one helper girl CC aka CooCoo in the US who's looking for part time work. He also referred me to connect with her wife's niece Bow living in Asia, who had been looking for opportunity to work in the states. CC started to work for me in winter 2014. I contacted Au pair agency and filled out application for Bow to come over in the summer.
- In April 2014, Danbury police along with Cheshire PD stormed my residence in Cheshire. They served me with search warrant, and arrest warrant for both me and my BF Matt. The charges were larceny and forgery for defrauding the Chinese investor Mr Han due to fraudulent documents.
- According to SBU case notes on government case in April 2014, three money orders were sent to three diff states TX, MN and FL to legally change names on three deceased people
- May-Sept 2014 according to SBU notes varies mailboxes were opened in CT and VT
- June- Sept 2014 Bow was working in our house in Cheshire as au pair, being trained by me and CC sometimes. I had to let her go after three months after discovering she had been stealing, soliciting herself to my son for sex, and randomly disappear without notices days at times, and snooping into our personal stuff and work items. I reported this to her supervisor of the au pair agency in CT.

- Around Aug-Oct. 2014 Matt and I met Mr. Chen for the first time in our house. He was on his way to a business meeting, stopped by for no more than an hour to say hi. We discussed details on the sale of the 7 Edith house to him and his wife. He agreed to continue the talks after he went home.
- November 2014, we signed contract of sale with Mr Chen for $900K. They first agreed to pay cash but later changed their mind to financing, and arranged banks to come appraise the house.
- Few months later I was told the finance could not go through as the bank needs the house to be under personal ownership not a LLC. Chen referred me to speak to a local attorney Ed Hill from Cheshire to find out the correct ways of doing it. Mr Hill told me Matt as the agent could sign a quit claim deed to the Chens for a fee of $250. When I asked how we can get our money, he offered to deposit the loan proceeds into an account and authorize me as the sole executor, and wire us the remaining in 6-12 months. Since him and his wife would not be in this country, we can also live in the Cheshire house until their immigration status gets approved. He suggested to look for other investment properties, if totally over 1 million USD him and his wife could qualify for an immigration visa to come live here permanently.
- Around the same time in winter 2015, I met Mrs. Chen. She had dinner at my house with Matt, CC and I. Took me in a ride to a bank and a local DMV office to add my name as Chen's executor (power of attorney). (Witnesses CC, Matt)
- March 2015 I was told by CC over IM Chat that she got stuck at US/Canadian border traveling home b/c she lost her passport. She asked if I could take a ride to meet her lawyer pick up a new passport. I politely refused but the next morning Mrs. Chen showed up and told me she's driving me there anyway. Along the way I had lunch and quite a few drinks offered by Mrs. Chen, and became very disorientated. Matt recalls me left him a vm sounding not as myself telling him CC was over the phone telling me what to say to her lawyer who's asking lots questions. I didn't recall how and when I got him. When Matt asked me the next day what happened I had no recollection at all.
- In May 2015 Matt got approved loan on two properties: one in Austin TX for a place where he wanted to move to for a new job opportunity, but didn't come to fruition so he had to rent it out after 7 months. Another property was on the Cape Cod when his mom was in financial trouble to maintain her home he decided to purchase this smaller cottage for her to live in. After closing she changed her mind and decided to stay in her own house to apply for reverse mortgage. We listed it on vacation rental websites by realtor's recommendation as the same way it had been rented by previous owner. Mr Chen volunteered to help with loan applications, recommended us the mortgage companies with good rates, and CC as our PT assistant worked part time from our house or hers communicated between all parties. We also purchased a small cottage near Manchester VT after one ski trip together the Christmas before and fell in love with Vermont. The cottage was purchase with cash, and registered under an LLC name Lexicon, for Matt wanted to use the LLC for his own future recruiting business.
- During the mortgage application process CC discovered Matt had negative items on his credit reports that was resulted from his identify being fraudulently used. We started dispute process and was able to submit affidavits for all credit bureaus but the process was at least 3-6 months as we were told.
- Matt's ex wife's brother contacted him sometimes in 2015 to offer him a job. He wanted to bring his company 1800PR public so he asked Matt's help to fill his c-level. During the 6 months Matt worked for him he promised good pay but never paid him a penny. When Bird found out we were in the process of buying investment properties he offered his own NY coop to us, which was under foreclosure. He explained his ex never took care of payment but it was a steal. When Matt questioned how he could qualify for mortgage without pay, Bird said promised to provide banks with all payment and tax

- information necessary to qualify for the mortgage. He told Matt to have the banks call his personal cell he would verify anything we needed. Matt instructed CC to contact Bird directly for the specifics. After speaking with his ex wife Maritza and found out Bird's deceitful history, Matt decided not to proceed. He also heard rumors about Bird's bad reputation from the candidates he referred to him, and his ex-associates.
- After we found the next properties in Florida and in Dorset Vermont, Matt by himself could no longer by approved for mortgage. That's when Mr Chen offered to use his sister's name to purchase them. Since she had good credit and good income, we added her as the co-signer for the Florida property, and got approved for the mortgage. For the Dorset house at 389 Read Farm however, the Bank of Bennington insisted to use Ai Chen's name only as guarantor. So Matt's name was left out on the VT property. We completed the closing for both properties around Aug.-Sept. 2015.

## 2016

- June 2016 Matt and I were served with search warrant in our Cheshire house. Few weeks later Vermont agents came back arrested me. In July they contacted Matt to surrender to his charges.
- Since the purchase of Cocoa beach property in Florida, Matt received complaint from seller Ortiz about litigation she brought up for the sale of furnishings. Since it was negotiated between the realtor and CC without Matt's knowledge, Chens promised to take care of the litigation and told Matt not to worry. In summer of 2016 Matt was instructed to appear over the phone for a conference with the attorney and judge for the case. He did, without understanding what happened, he was told by Mr Chen that the case had been fully dismissed after the hearing.
- Jenny came back from UK, told me the truth about Allen referred the Chens to her when I was having hard time selling my Danbury townhouses. She also told me that she had suspected Yuki and Allen were conspiring together with Mr. Han for the transaction. She told me CC had approached her to ask her to lie to me when she needed help getting her passport.
- Communicated with CC a few times over IM chat. She admitted the Chens were using her to defraud me and Matt. She was reluctant to tell me the whole story. Unclear about her exact whereabouts