**EXHIBIT 2**

Witness Info:

The first twos are no good two-faced witnesses that we just agreed to cross off.

3. My dad – he actually just remembered both him and my step mom met CC a few times in my restaurant, and some not so nice qualities of Matt such as his fueling temper, and my lack of confidence to marry him when he brought up the topic.

4. Jenny (Tjoe Nio The) dob 10/10/1951

- Witnessed many lies and deceits by Allen (sneaked into my room to look for money and stuff, lied to her and lured her to Flushing bank to sign away her stock certificate received from Brian as a reimbursement for her of loss in penny stock investments, together with me caught Allen's secret double life with Winnie and their baby)
- Was given Aijen Chen's info by my restaurant worker to help me sell the Cheshire house
- Met CC in restaurant and in my home, saw both Yuki and CC working in my house as assistant
- Both Allen and Yuki had attempted to coerce her to help damage me

5. Marty (contractor for both VT houses)

Told me his friend, the VP of Bank of Bennington, said that the bank eagerly wanted to and was confident about taking both of my VT houses after being approached by agents. This is the bank that in early 2015 attempted to set up a sting operation trying to lure me into the bank to conduct a wire transfer, changed locks on the Dorset house without any court procedure, and is the only bank proceeded with foreclosure on the property. Bank submitted an extraordinarily low appraisal value to the foreclosure court ($160K instead of $490K appraised two years ago) and obtained a court order of foreclosure by sale with an auction date of 10/26/17. Even though it is required by the court to publicly advertise the sale at least 30 days before auction, so far no evidence has pointed to any ads has been placed anywhere for this auction.

6. Lisa Soul (loan officer Bank of Bennington)

According to CC, she only spoke to her over the phone and communicated via email throughout the entire mortgage application process. All documents including copy of Chen's driver license were sent to her via email. The bank has never met Chen or anyone else before closing. She's the one suggested not to use Matt's name but to switch to Chen's name as purchaser. CC suspects she has a working relationship directly or indirectly with the Han/Chen gang.

7. Xiaoyi (Wendy) Wu  dob 11/26/1972 phone 917-530-9905

- professional graphic designer, hired by Lida Han to alter documents and pictures
- approached my family as Mrs. Chen, brought me the Chinese power of attorney
- trained both CC (known to her as Si Si) and Bow (known to her as Ting Ting) to professionally alter documents and pictures, not knowing the real intended purpose
- When she visited my house to drop off the Chinese power of attorney per Han's instruction, she spent the night in our basement guest room with CC. She was awakened

by Matt's soft knock on the door, and low chatting with CC who soon stepped outside their room to go with him. CC didn't return to her room until few hours later.
- Possibly on the same day of the alleged VT passport incident, she rode with me in a hired car service to VT. She was instructed by Mr. Han to ask me to deliver legal document to CC's attorney office near the border. She can attest to both CC and Bow was in another car closely following us on the same trip, during which time I became too incapacitated to leave the car when we got there. CC and bow took the envelope from her and went off in the other car. Afterwards the car came back and dropped CC off, and left with Bow. CC told her Bow was heading to Canada, she rode back in our car and got dropped off at a train station before my stop at home in Cheshire.

8. Ying Chen (Melanie) Liu  dob 4/25/72  phone 929-215-8426
    She's the author of the statement I received via IM. Met Lida Han in China to discuss ways to immigrant to this country. Mr Han introduced CC (Si Si) as his US contact person and his assistant to help promote the deal. CC told her about her knowledge when working for him, and the events that happened, i.e. remote mortgage applications, forgery using theft of our personal info, contact with inside government agencies, leading to the VT passport agency trip for the purpose of getting a passport under Ally Koo's name possibly for Bow.

9. Li Zhang dob 6/10/1954  phone 929-391-3509
    Through his company's working relationship with Lida Han's company in China, he met Han and discussed using EB5 means for Li's relative to immigrant to the US, with the purchase of a house in Connecticut. Before then, Bow (known to him as Lida Han's god daughter Ting Ting Liu/aka Jinata) had lived with his family in China while she was attending college. After his relatives took a trip to the US and visited the house and spent a night there (without my knowledge), they went back home and placed a large deposit with Mr Han, but was unable to locate him since then. During his recent visit to the states, he visited the house and was confronted by a very big and rude American guy. His relatives sought help through an investigation firm in China, who advised him about my own investigation and report on Lida Han's scam here in the US started last year. Li's relatives were given my contact info by the investigation service, asked Li to contact me. Over the weekend we chat briefly over the IM. I told him not to give me too much info because I am in amid of a legal procedure.  I said my attorney and investigator would reach out to him. He appeared to be willing to help, quiet upset about his family's ordeal.

10. Qing (Allen) Liu dob 6/25/1971 phone 646-639-8528
    He's the driver who took Mrs Chen and me to VT near the border, mostly likely near the passport agency. He can attest to that he was given an envelope with docs, was instructed by Han's associates in Brooklyn to give to Mrs. Chen. During the trip at rest stop, Bow drops a pill in a drink and asked him to bring to me. She told him it was for motion sickness. He was in the car with me and Mrs. Chen the whole trip, never saw me leave the car when in VT. On way back dropped CC off at a train station, then headed to CT to drop me off at my house. He later brought Mrs. Chen back to New York.
    He also done other driving for Mr Han when he's in the country. Him and another person were the main drivers for Mr Han and his associates. Mr Han told him his business was real estate and

immigration consulting. He had met CC (Si Si) and Bow (Ting Ting) a few times, sometimes taking them and their client to banks, law offices and a few government buildings including DMVs. From his own conversation with the clients and what he heard off their conversation in car, he believed they were Chinese people trying to buy houses, and some want to get green card in this country. He vividly recalled a few trips where he took Han and a Taiwanese American man in his late 40s with the same name Allen. One time he was offered to sit in and have dinner together with them in Flushing. Their conversations were mostly about selling houses, helping people get loans, credit cards and to obtain legal status in this country.

11. Wenyu (Wendy) Fan  dob 1/2/1991  phone 347-967-8981

- College roommate with Bow (known to her as Ting Ting Liu aka/Jinata) in China prior to June 2014
- Bow told her Lida Han was her god father. Saw him on video chats with Bow (similar to FaceTime)
- Knows some details about how Han helped her to establish another identity from Thailand, a complete different name (Jinata K…..) because she was an orphan and had criminal records in China. Their school only has her new name on file
- Overheard communications between Bow and Han, saw weird items left in their room people's IDs, official stamps and seals, some of which are in English, witnessed Bow spent long hours on computer and IM chats
- Bow had sought help from her little cousin in China to help Han build a Chinese website, mostly selling US real estate and immigration services to Chinese people
- Lost contact with Bow in 2016. Last conversation/chats she was told Bow had married and settled down in Canada, her new husband was a native. Her IM user ID has changed name from Ting Ting yet still with her picture, but she received no response when she reached out
- Had Si Si's IM contact info, and had met her through Bow via IM. Contacted Si Si to ask for Bow's whereabouts when she arrived to the states recently

12. Lily Hu  dob 12/22/1964 phone 617-480-7945

- She worked in the same Buddhist temple where my ex mother in law Hua and Jenny both frequented. Allen's mother and her family has done a lot of charity work with the temple for many years. Jenny, when working as a live in nanny for my family during 2009-2013 was referred by Allen and his mother to go there to pray.
- Lily has heard numerous times from Allen's mother when we were going thru divorce and later one other fights, his mother complained I left Allen with nothing, that their family has lost all their money investing into our restaurants and properties.
- After Jenny told her that I was trying to sell my Danbury townhouses, she told Allen's mom Hua about it. Hua told her to give Mr Han's information to Jenny. Jenny said she didn't want anything to do with it, told her she couldn't trust Allen's family.
- A couple years ago during a temple gathering Hua told her that her son was so smart that she believed they would be able to recover some of their money, or even to have a

few houses back as a pay back. Hua told Lily that she and her husband are considering to move to Connecticut, and asked for her opinion whether they should move. She said she believed her evil daughter-in-law was finally being punished by karma. She asked her to talk to Jenny in secret and ask her about how I was doing with an investor named Chen.

13. Bao (Jack) Qu dob 1/4/1963  phone 718-697-1611
    - Worked as delivery person for my restaurant Ritz Asia in the village NYC
    - Met Allen (boss) and Yuki (manager), suspect they were having affairs
    - Allen solicited him and lots other restaurant workers to place sports betting with him
    - Allen encouraged him to visit his underground massage parlor which was jointly owned by him and his partner in Queens
    - Suspected Yuki and her wait staff were doing something fishy with customer's credit cards
    - Met Mr Han in my restaurant a few times, when he was having meals with both Allen and Yuki. Allen introduced Mr Han as a very successfully business person.
    - When chatting with Mr Han, he told him he has connections to bring anyone to this country legally, even can get citizenship in crazily short period of time. He asked Jack to help find him clients, and promised generous rewards in return
    - Met Jenny through our visit to the restaurant, stayed connected to her most of the time. Allen constantly push him to get information from Jenny regarding my whereabouts and what I was up to. When he heard I was trying to sell my Cheshire house (Jenny told Jack), he told Jack to call Jenny and referred her an experienced Chinese real estate consultant Chen Aijen to buy my house. Allen said to Jack not to let Jenny suspect the referral was from him.


Still working on:

- The other driver who was on the trip to VT passport agency, who drove CC and Bow
- I had spoken to at least two mortgage/loan officers inquire about using my own credit to buy properties. One of them is Charlene McFarlane of Discover Home Loans (I am unable to locate her). The conversation was about whether I had bankruptcy and no income would qualify to any mortgage. The answers I got was yes, I could qualify for no doc or low doc loans (with higher interest rates and higher down payment 30-50%). Charlene even suggested me ways to improving my credit quickly to qualify for better rates.
- CC. She's on standby waiting to hear from me your opinion as to whether it's necessary to testify. I have no doubt she has legal culpability in all these. But if it's not a must she must risk herself, I prefer her not to come to the court.