# VTPrivateye, LLC

Susan Randall, Investigator
P.O. Box 122
Burlington, VT 05402
802.793.9367
vtprivateye@gmavt.net

_____
_____

| | |
|---|---|
| RE: | **ALISON GU** |
| MEMO TO: | Lisa Shelkrot, Esq.; File |
| MEMO FROM: | VTPrivateye, LLC – Susan Randall, Investigator |
| RE: | **Sissi Hailai - "CC" -** nanny and restaurant worker for Alison, also worked for Lida Han, admits to forging documents for Lida Han at his business office in Brooklyn |

DOB: 2/16/1991

tel: 347.363.9936

4755 39th Place, Apt 5D
Sunnyside, NY  11104

Work address:
Leader International Express Office
1355 15th Street, 210 (2nd floor)
Fort Lee, New Jersey

DATE OF INTERVIEW:     October 23, 2017

DATE OF REPORT:        October 23, 2017

I arranged to call CC with a Mandarin translator, Zengyi Chen.  We reached CC on the hone and spoke with her for over two hours.

**Personal background:**

CC: "I am a college graduate.  I went to Stonybrook College. I graduated from there, and now I have an H1 visa. I work for a company in NYC.  This is a work visa. The company's called Leader International Express Corporation, out of New Jersey. The owner is American Chinese.

"I first came to the United States in 2012, in the summer.  I came as a college student, and first went to a language school. Adelphi University.  I first worked at the restaurant through Yuki, in Manhattan.  Yuki was a friend, I met her at a party.

1

"I lived in many different houses with Alison. I lived in the house in CT, and when I worked in the restaurant, I lived in my own house and took the subway or train. When I took care of the children, I lived in CT at Alison's house in Danbury. I don't remember if I was at the Cheshire house. I worked for her between 2012 and 2015.

"The people who came and went were Jenny, Mr. Liu, and Mr. Zhing, and Matt, and Matt and

"One of the big houses had a swimming pool and a gym. It was near New Haven. Cheshire, CT. I lived there, in the big house."

"Yuki introduced me to Lida Han. Mostly I only know Ting Ting worked for Lida Han.

*Q: Did you know that we would be calling you today?*

CC: Yes, I knew you would be calling. I have been talking to Alison.

*Q: What has she told you about the case?*

CC: Alison already told me all about her case, and told her that it was related to the law, and she was in trouble for breaking the law.

*Q: What is your background with Alison Gu?*

CC: "I knew Alison through Yuki in 2012, I started working in her house. I met her through Yuki. I also worked in the restaurant with Yuki and Alison. I later took care of her children and her dog, and I was an assistant for her boyfriend, helping him with his work too. His name was Matt. He was a recruiter. I worked with him with documents, Matt worked for a company as a recruiter. I helped with documents and paperwork for him. I also worked as a housekeeper. And Matt's secretary. I was on their laptops at their house, yes. I was on both of their computers. I would do things like emailing and Photoshop and word documents. I worked for Matt as an assistant, and also for another person I met through Yuki.

"I also worked for man named Han, Lida Han. I met him through Yuki. I also worked with someone named Ting Ting, who was an assistant for Lida Han as well. Ting Ting dealt with the Americans in this country.

"I worked for Lida Han, helping with real estate transactions, with calculations and connecting with customers from China and doing some cash calculations. Ting Ting did work on the Photoshop, and dealt with the Americans.

"I worked for Lida Han from the beginning of 2013 to the middle of 2015. Lida Han would take investment money into the real estate market and in exchange he would give people green cards.

2

"Ting Ting would use Photoshop and modify peoples' photos and modify them to be passport photos and then send them to Lida Han. Then she would send the photos over for changes. I asked Lida Han, and he said the customer had already paid him to get a green card, or to get a loan from a bank.

"The whole scheme with Lida Han worked like this:

CC: "The business is to take customers from China to invest a lot of money, and he tells them that they will be able to get their green card. He told them he would help them to buy a house here. Lida Han would take a lot of money from them, he was then able to change documentation and help them do the fraudulent documents and get mortgages.

"Lida Han and Ting Ting gave me training in the office in Brooklyn. His address was in Brooklyn, near 6th Avenue, it was upstairs from a laundramat. The office was upstairs. He trained me to use Photoshop, and there was a woman named Wendy, and she was the one who actually taught us how to use Photoshop. She taught us how to change documents, to create fraudulent documents. They gave me documents, and asked us to modify those documents. For instance, if it said, $100, we would change the numbers to be $1000, or $10,000.

*Q: Did you ever create documents for someone named Ai Jen Chen?*

CC: "I don't remember this name. But I know that one day I was with Wendy, the person training me, and Lida Han asked CC to call Wendy 'Mrs. Chen.' This is the lady who went to see Alice. Alice thought this lady was Mrs. Chen. She went to Alice and introduced herself as Mrs. Chen.

CC: "Alice wanted to sell her house, and Wendy was a broker, and was going to sell Alice's house to Mr. Chen. I don't know about Mr. Chen getting a mortgage.

*Q: Did you ever bring anything into Alison's house to make fraudulent documents?*

"I didn't bring any stamps to Alison's house, I only did those documents and gave them to Ting Ting. We made those in Mr. Han's office.

*Q: Did Mr. Han have connections at DMV, in order for people to get fraudulent driver's licenses?*

CC:
"I took Alice to New Hampshire Motor Vehicle Department. Lida Han asked me to take Alice to NH DMV. I went there and maybe someone knows someone there, the people would call us and tell us to come in. One day Lida Han asked me to take Alice to motor vehicle. This is usually Ting Ting's job, but instead I substituted. When we got there, we texted people there and they came out and told us to come in. We took a taxi there, from Alice's house in CT, and then we texted the people at the NH DMV. It took 2-3

3

hours to get there. I was texting the person when we got there. Lida Han gave me the phone number to text.

"Lida Han asked us to go to NH DMV, and told me to apply for a driver's license and Alice would be the sponsor. Alice took a photo at the DMV, yes. She took multiple photos, and I went into the DMV with her. It was American person. I texted a male, he was not Chinese. He came out, and his name was John. White male, over 30, maybe in his 40's. Maybe, not sure. He came out and met with us. We went in the front door. He went to his office first, and then he thought I was Ting ting, and CC said no. He knows Ting Ting, he was doing work on the computer. Then we went to the waiting room and we waited until he called our name. Later they called Alison's name, and she went and took photos. They called out Ally maybe, and Alison went there. Maybe they called Alsion."

*Q: Did you ever put anything into Alice's drink that day?*

CC: "That wasn't that day, that happened another day. I did do that another day. This was a time when Lida Han asked me to call Alice, after I was traveling in Canada and I lost my Chinese passport, and was stopped at the border.

"Lida Han told me to call Alice to deliver some documentation to CC. Alice said she didn't have time to do this. She asked CC to find somebody else. After she said she didn't have time, Lida Han asked CC to ask Jenny, and to say that Jenny's son was traveling with CC at the time. That wasn't actually true.

"The night that Alice delivered the documentation to me at the border, somebody put powder, or medication into Alice's drink. The driver, last name Liu, is the one who put the powder into Alice's drink. Ting Ting gave the medication to the driver, last name Liu, she said that it was a medication for motion sickness, and that he should put this in Alice's drink.

"I don't know Ting Tong as Bow. I only know her as Ting Ting, nothing else. Ting Ting was an exchange student. She lived in Alice's house. She also worked for Mr. Han.

*Q: What is the connection between Alison and Lida Han?*

CC: "I don't know what the connection is with Lida Han and Alison. But Yuki told me about Mr. Han, and I don't know how Alison found Ting Ting, or how the connection happened with Mr. Han. Alice's ex-husband Allen wanted to sell the house.

*Q: Did Allan Lin know Mr. Han?*

CC: "I only heard Ting Ting mention that Allan knew Mr. Han. I can only guess what their connection is, I don't really know. Everything I heard from Ting Ting. I also heard Ting Ting talk with Lisa Han on the phone about Alice borrowing money form Lida Han

4

for the house. And that if Allan wants to sell the house, they will have no place to stay. This was the house in Danbury, CT."

*Q: Did you ever have a black bag from Allan, with documents in it?*

CC: "I don't remember a black bag from Allan, but I remember the day Alison got the medication from the driver or Ting Ting. I do remember documents, there were documents in a folder that day. Wendy brought this folder to Ting Ting, and Ting Ting brought the documentation to the border. Alice fell asleep and didn't wake up in the car, someone put the medication in her drink. She fell asleep. Alison never went into the passport place. Ting Ting spoke with Mr. Han and then went into the building. Ting Ting went into the passport agency, and then she came back. Alison was asleep in the car. There were two cars, CC, Ting Ting and Mr. Zhang in once car. And then Wendy, the driver, Mr. Liu, and Alison in the other car. We were up near the Canadian border, in Vermont. That day Mr. Han told me to ask Alice to deliver documentation to the border. The driver of Mr. Han to pick them up, CC and Ting Ting. And Wendy brought the folder. And then Ting Ting brought the documents into the building.

"I was in America, but when I called Alice I said I was in Canada. Mr. Han asked us to come to the border.

"I was getting paid $80/day working for Mr. Han, making documents, etc. This was 5 days a week, $80/day. I don't know because I only worked changing the numbers on documents, I didn't work with the photos. Ting Ting worked with the photos."

*Q: Can you come to court to testify if you are subpoenaed?*

CC: "I worry about my H1 Visa, people have advised me not to get involved. I'll have to think about it."

5