**SPRING 2014**

DANBURY SEARCH (ALLEN REALTED), DETECTIVE BROOK BARGED IN THE HOUSE WITHOUT ANNOUCING HIS NAME, CALLED HER ALISON LING THE NAME SHE DIDN'T USE ANYWHERE

**SUMMER 2014**

HIRED BOW (AKA JINATA AKA TING TING AKA ALLY KOO)

TOLD HER ABOUT ALLEN AND BAD MARRIAGE, AND ABUSES

BOW WANTS TO TRAVEL TO CANADA, TOLD HER I NO LONGER HAD MY PASSPORT

SHE SAID SHE'S WORKING ON HER OWN PASSPORT AND WOULD LIKE TO PICK A NEW AMERICAN NAME. I DIDN'T KNOW WHAT NAMES SHE HAD IN MIND

ASKED ME TO PAY HER WITH GIFT CARDS (I HAD PAY YUKI WITH GIFT CARDS TOO IN THE PAST)

SAW EMBOSSING TOOLS (2X) AND KEPT UNDER FISH TANK

PLACED STAMP KIT BRAND NEW IN BOX BROUGHT FOR KIDS PROJECT BUT NEVER USED, KEPT WITH GOLDEN FOIL STICKERS TOGETHER, IN THE FISH TANK AREA, PERHAPS UNDER THE SINK

KNEW SHE HAD SPENT LOT TIMES ON INTERNET AND TALING OVER THE PHONE

**FALL 2014**

IN SEPTEMBER 2014 FIRED HER CAUGHT HER STEALING, AND SUSPICIOUS ACTIONS WITH SON PHILIP

FOUND CHANGE OF IDENTITY IN THE LAPTOP WE PROVIDED TO HER, ALONG WITH A FEW OTHER MORTGAGE AND BIRTH CERTIFICATE DOCS

BOW CONTACTED ME AFTER LEFT, APOLOGIZED, I SYMPATHIZE SO STAYED IN TOUCH

TOLD HER WE WERE TRYING TO SELL OUR HOUSE, SHE REFERRED MR AIJEN CHEN AS BUYER

ENTERED IN CONTRACT TO SELL HOUSE TO CHEN AND HIS WIFE FOR $905K

**WINTER 2014**

PURCHASE AND SALE FELL THROUGH, CHEN OFFERED FOR ME TO USE HIS SISTER AI CHEN'S NAME AND SELL THEM JUST THE OWNERSHIP OF RAMPS UNLIMITED. CHEN WILL GO BORROW AGAINST THE HOUSE, AND LET ME HAVE FULL ACCESS TO THE FUNDS. THE REST WOULD BE MADE IN FUTURE PAYMENTS, BUT SUGGESTED I INVESTED IN RENTAL PROPERTIES, MANAGE RENTAL AT THE SAME TIME TO PAY FOR MORTGAGES

QUIT CLAIM THE DEED FROM MATT TO AI CHEN AND JING SHAO AS THEY WERE MR CHEN'S SISTER AND WIFE. BEFORE THEN SPOKE TO ATTORNEY ED HILL WHOM CHEN REFERRED TO VERIFY.

**WINTER 2015**

MET MRS CHEN ONCE AT THE HOUSE, BROUGHT A CITIZENS BANK DEBIT CARD AND CHINESE POWER OF ATTORNEY

TOLD ME AI CHEN WAS NOT IN THE COUNTRY. IN ORDER TO USE THE MONEY SOON TO BE DEPOSITED I WOULD HAVE TO GO TO DMV TO REPLACE THE PICTURE WITH MINE. SAID ITS ONLY TEMPARAY, I WOULD GET A TEMPORARY CARD. AI CHEN WILL COME BACK REPLACEMENT HER OWN PICTURE FOR THE ORIGINAL LICENSE.

ARRANGED ME AND SISSI (WORKING FOR MATT AS HIS PERSONAL ASSISTANT. USED TO WORK FOR ME IN RESAURANT AS CASHIER AND PT WAITRESS, BECAME FRIEND WITH BOW) TO GO TO NH DMVS.

FIRST STOP WAS TO DRIVE SISSI TO TAKE OWN ROAD TEST. SHE HAD FAILED ONCE, NEEDED TO USE MY CAR. SHE BEGGED ME TO TAKE THE TEST FOR HER WHEN WE WERE ON THE WAY. SHE TOLD ME HER FRIEND WORKS THERE, ALREADY PUT MY NAME IN THE SYSTEM. AFTER I PASSED THE TEST, THE COUNTER CALLED MY NAME "ALY GU" AND TOOK MY PICTURE.

SECOND ONE WE MET SOMEONE ONE WHO TOOK US INSIDE HIS OFFICE. ENTERED FEW DOCUMENTS FOR AI CHEN IN HIS COMPUTER, ASKED ME TO GO OUTSIDE IN THE LOBBY TO TAKE A PICTURE. I DID NOT TAKE ROAD TEST THIS TIME. I KEPT CHEN'S TEMPARAY ID. CLERK SAID THE ORIGINAL WOULD BE MAILED TO THE ADDRESS ON FILE (SOMEWHERE IN NH)

BOW CONTACTED ME SAID SHE'S ON HER WAY TO CANADA, WOULD LIKE TO VISIT ME AND STAYED FOR A FEW DAYS ON HER WAY. ASKED ME TO DRIVE HER TO CANADA, I SAID I COULD'T ENTER CANADA W/O PASSPORT, TOLD HER SHE WOULD NEED A VISA TO TRAVEL THERE

2ND OR 3RD DAY I DROVE HER TO MEET UP WITH HER FRIEND IN FRONT OF A POST OFFICE. SAW HER FRIEND WAITING THERE, DROPPED HER OFF. NOT SURE EXACTL LOCATION BUT SOMEWHERE PASS BURLINGTON EXIT ABOUT ANOTHER 30 MINS

**SPRING AND FALL 2015**

AUSTIN HOUSE (CLOSED IN APRIL) MATT

CAPE HOUSE (CLOSED IN MAY) MATT

BANK SENT AN APPRAISER TO MY CHESHIRE HOUSE FOR PROCESSING AI CHEN'S MORTGAGE

MAY 29 RECEIVED 429K IN AI CHEN BANK ACCOUNT (EMMMIGRANT MORTGAGE), USED MONEY WITH DEBIT CARDS FOR RENOVATION

COCOA BEACH HOUSE (CLOSED IN AUGUST) MATT FIRST, THEN ADDED AI CHEN

DORSET HOUSES (CLOSED IN SEPTEMBER) MATT FIRST, THEN ADDED AI CHEN

**LATE 2015 AND 2016**

IN TWO SEPARATE OCCASIONS CHIENSE PEOPLE SHOWED UP IN FRONT OF OUR HOUSES LOOKING FOR OWNER. ONCE ONLY MET MATT, ONCE I WAS THERE. WE WORRIED IT MIGHT BE ALLEN'S DEBT COLLECTOR OR HIS GANG FRIEND, SENT THEM AWAY. ONE TOLD ME HE PUT DEPOSIT ON THE HOUSE, I DIDN'T BELIEVE HIM.

JUNE 2016 VERMONT COP CAME DID THE SEARCH AND ARRESTED ME AND MATT. AFTER THAT I HAD BEEN TRYING TO REACH MR AND MRS CHEN, AND BOW, UNSUCCESSFUL. SISSI HARDLY RETURNED MY TEXT, TOLD ME SHE DIDN'T KNOW THEIR WHEREABOUTS.

**2017**

SISSI AGREED TO COME TESTIFY, SPOKE TO MY INVESTIGATOR. BUT SO FAR STILL HAVEN'T SHOW UP.

MY DAD

HIS BIO

MY CHILDHOOD

EXPLAIN MY DIFFERENT NAMES

MY PERSONALITY

MY MARRIAGE TO ALLEN

MY RELATIONSHIP TO KIDS, AND FAMILY

MY RESTAURANTS, MY REAL ESTATE INVESTMENTS

MY DIVORCE TO ALLEN, BOTH ALLEN AND HIS MOTHER (VIA TELEPHONE) TOLD HIM I OWE MONEY TO THEIR FAMILY FOR THEIR INVESTMENT

MET JENNY MANY TIMES

MET SISSI IN RESTAURANT

MET BOW VIA FACETIME WITH PHILIP, KNEW SHE WAS FIRED B/C SHE SEDUCES PHILIP AND DISHONEST, STEALING

KNEW WE INVEST IN HOUSES TO MAKE RENTAL INCOME, DIDN'T KNOW WHOSE NAME USED

VISTED BOTH CHESHIRE (TWICE) AND COCOA BEACH HOUSE (ONCE)

MY RELATIONSHIP WITH MATT AND HIS FAMILY


JENNY


HOW DID YOU MEET ALISON? (about 2009-2010, thru Flushing job agency)

WORK DONE FOR ALISON (live in nanny)

HER SON YOYO WORKED AS ASISTANT MANAGER FOR ALISON RESTAURANT

MOSTLY NEW IMMIGRANTS, MANY YOUNG WOMEN SUCH AS YUKI, TINA, HEIDI, SISSI

DESCRIBE HER FAMILY BACK THEN WHEN YOU MET HER (going thru divorce with Allen, living in Danbury next to restaurant, Allen lives at home part time)

DESCRIBE YOUR EXPERIENCE WITH ALLEN (abusive, gambling, cheating, double life w/new wife and kid, steal stuff from Alison home and business)

MADE STOCK INVESTMENT WITH ALICE'S RESAURANT FRIEND BRIAN, ALLEN TRICKED HER TO SIGN AWAY A STOCK CERTIFICATE WORTH A LOT OF MONEY TO HIM

DESCRIBE ALICE, WHAT TYPE OF PERSON, HOW SHE TREAT YOU

AFTER DIVORCE, ALLEN TOLD HER ALICE OWE HIS FAMILY MONEY

KNEW HER DANBURY TOWNHOUSES WERE UNDER FINANCIAL TROUBLE FROM BANK, NEEDED TO SELL. SHE OFFERED TO BUY ONE OF THE CONDO, BUT HAD TO LEAVE TO UK TO BE WITH DAUGHTER FOR BIRTH OF NEW GRANDCHILDREN IN 2013.

IN 2016 CAME BACK TO WORK FOR ALISON IN 2-3 OCCASIONS, STAYED AT CHESHIRE HOUSE. HEARD SHE HAS LEGAL ISSUE WITH ALLEN, TOLD HER NOT TO TRUST MEN INCLUDING MATT TO BE OWNER OF THE HOUSES, OFFERED TO BUY FORECLSURE HOUSE IN DORSET USING HER OWN NAME